UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
  VICTOR M WILLIAMS

CASE NO. 08 B 27074

CHAPTER 13

JUDGE: BRUCE W BLACK

    Debtor  
SSN XXX-XX-0519

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/09/08 .

2. The case was dismissed without confirmation, 01/16/2009.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| JAMES M ODEA | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| WILL COUNTY CIRCUIT CT C | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, JOHN C DENT                    , was allowed $   3500.00 and was paid $   315.00  direct and $        .00  through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09              /S/  
                            GLENN STEARNS  
                            CHAPTER 13 TRUSTEE

```
                              PAGE   2
         CASE NO. 08 B 27074 VICTOR M WILLIAMS
```